I desire respectfully but most earnestly to dissent.

## ONEY v. STATE.

(Court of Criminal Appeals of Texas. Dec. 20, 1911.)

Appeal from District Court, Tarrant County; W. T. Simmons, Judge.

Jack Oney was convicted of crime, and appeals. Affirmed.

C. E. Lane, Asst. Atty Gen., for the State.

DAVIDSON, P. J. This record is before us without a statement of facts or bills of exception, and the matters complained of in the motion for new trial cannot be intelligently revised in the absence of the evidence. There is a criticism of the charge, in that it does not sufficiently set forth the law applicable to receiving and concealing stolen property. We are of opinion that there is no merit in this contention under the record.

The judgment is affirmed.